ORIGINAL

*Unsealed as of 11/6/07*
~~ORDERED SEALED BY COURT~~

FILED
07 OCT 31 AM 11:46
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF<br><br>831 CAMINITO CANTEBRIA<br>CHULA VISTA, CA | Case No. '07 MJ 2575<br><br>SEALING ORDER |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant, the application and affidavit for search warrant, and this sealing order be sealed until further order of the court.

SO ORDERED.

DATED: 10/29/07

_____
HONORABLE WILLIAM MCCURINE, JR.
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

_____
TIMOTHY F. SALEL
Assistant U.S. Attorney