ORIGINAL

FILED

07 NOV -6 AM 10: 49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | Case No. 07MJ2575 |
| ) | |
| 831 CAMINITO CANTEBRIA ) | |
| CHULA VISTA, CA ) | ORDER TO UNSEAL |
| ) | |
| ) | |
| _____ ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant, the application and affidavit for search warrant, and the sealing order shall be unsealed.

SO ORDERED.

DATED: 11/5/07

HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney